# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FRESH ENTERPRISES, LLC AS SUCCESSOR IN INTEREST TO BAJA FRESH WESTLAKE VILLAGE INC., A FOREIGN LIMITED LIABILITY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WEINGARTEN MAYA TROPICANA VENTURE, *et al.*,<br><br>Defendants. | 2:13-cv-02267-JAD-VCF<br><br>**ORDER GRANTING LIMITED STAY OF DISCOVERY** |

    On February 20, 2014, the parties filed a Discovery Plan and Scheduling Order requesting a special scheduling review of discovery as a result of the pending Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (#5). (#13).

    The stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

    Good Cause Appearing,

    IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after the Court rules on the Motion to Dismiss or August 4, 2014.

    After August 4, 2014, the parties may file a stipulation to further stay discovery, if the case is still pending.

    DATED this 3rd day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE