UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRESH ENTERPRISES, LLC, | Case No. 2:13-CV-2267 |
| Plaintiff, | |
| v. | ORDER |
| WEINGARTEN MAYA TROPICANA VENTURE, et al., | |
| Defendants. | |

The Court stayed this matter on July 8, 2014 "until a relevant order issues from our sister court in Connecticut permitting this matter to proceed." (#28). No filings have been made by either party since the stay was entered. Accordingly, in order to manage its docket, the Court **HEREBY ORDERS** the parties to submit a joint status report on or before June 8, 2015.

DATED this 8th day of April, 2015.

_____

Kent J. Dawson
United States District Judge