ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    rcaldwell@klnevada.com
           rpetersen@klnevada.com

Attorneys for Defendant, Weingarten Maya
Tropicana, LLC, assignee and successor in
interest to Weingarten/Maya Tropicana Venture

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRESH ENTERPRISES, LLC AS SUCCESSOR IN INTEREST TO BAJA FRESH WESTLAKE VILLAGE INC., A FOREIGN LIMITED LIABILTY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WEINGARTEN MAYA TROPICANA VENTURE, A JOINT VENTURE WEINGARTEN MAYA TROPICANA, LLC, A LIMITED LIABILITY COMPANY; and DOES 1 through XX, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-02267-KJD-VCF |

### JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties to this action hereby stipulation, by and through their undersigned counsel,

/ / /

that the above captioned matter may be dismissed in its entirety without prejudice, with each party bearing their own fees and costs.

DATED this ____ day of April, 2015.            DATED this ____ day of April, 2015.

**KOLESAR & LEATHAM**                          **LAW OFFICES OF ROBERT L. BACHMAN**

BY: _____                    BY: _____
ROBERT J. CALDWELL, ESQ.                       ROBERT L. BACHMAN, ESQ.
Nevada Bar No. 007637                          Nevada Bar No. 005860
RYAN S. PETERSEN, ESQ.                         3431 East Sunset Road
Nevada Bar No. 10715                           Bldg. C, Suite 12
400 South Rampart Boulevard                    Las Vegas, Nevada 89120
Suite 400
Las Vegas, Nevada 89145                        *Attorneys for Plaintiff*

*Attorneys for Defendant*
*Weingarten Maya Tropicana, LLC,*
*assignee and successor in interest to*
*Weingarten/Maya Tropicana Venture*

**IT IS SO ORDERED.**

DATED: April 10, 2015

_____
**UNITED STATES DISTRICT JUDGE**